NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STACEY A. YEATTS,           )
           )
    Appellant/Cross-Appellee,     )
           )
v.           )
           )   Case No. 2D17-2472
DOUGLAS BRIAN MANN, SR.,     )
           )
    Appellee/Cross-Appellant.    )
           )

Opinion filed April 13, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ralph C. Stoddard,
Judge.

S. Grant Halliday, Tampa, for
Appellant/Cross-Appellee.

Allison M. Perry of Florida Appeals, P.A,
Tampa, for Appellee/Cross-Appellant.


PER CURIAM.


      Affirmed.


CRENSHAW, BLACK, and SLEET, JJ., Concur.